# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD V. KELTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>ZWICKER & ASSOCIATES, P.C.,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 12-1582 LJO MJS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 10.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this action in its entirety;

2. VACATES all pending matters and dates, including the January 3, 2013 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 12, 2012**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE